EASTERN DISTRICT OF CALIFORNIA

Joseph Anthony Stafford
    Petitioner

vs.

D.K. Sisto, Warden
    Respondent(s)

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

CASE NUMBER: 2 08 - CV - 1417 CMK HC

FILED
JUN 20 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

I, Joseph Anthony Stafford, declare that I am the petitioner in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the petition.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated: ☒ Yes    ☐ No (If "No" DO NOT USE THIS FORM)

    If "Yes" state the place of your incarceration. CSP-Solano, Box 4000, 2-146u, Vacaville, CA

    **Have the institution fill out the Certificate portion of this application.**

2. Are you currently employed? ☐ Yes    ☒ No

    a. If the answer is "Yes" state the amount of your pay.

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No

    b. Rent payments, interest or dividends    ☐ Yes    ☒ No

    c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No

    d. Disability or workers compensation payments    ☐ Yes    ☒ No

    e. Gifts or inheritances    ☐ Yes    ☒ No

    f. Any other sources    ☒ Yes    ☐ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.

Occasional small amount sent into my prison trust account normally under $100 at a time.

ifpform.hab (rev. 7/02)

MAY 29 2008

4. Do you have casino, curoshecor savings accounts?  ☐ Yes  ☒ No

If "Yes" state the total amount: __N/A__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

If "Yes" describe the property and state its value. __N/A__

6. Do you have any other assets?  ☐ Yes  ☒ No

If "Yes" list the asset(s) and state the value of each asset listed.

N/A

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

NONE

I declare under penalty of perjury that the above information is true and correct.

__5-28-08__   _[signature]_
DATE         SIGNATURE OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $__0__ on account to his/her credit at __CSP-Solano__ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $__46.93__. I further certify that during the past six months the average of monthly deposits to the applicant's account was $__22.50__.

__5/29/08__   _Teresa Ayers, Accounting Technician_
DATE         SIGNATURE OF AUTHORIZED OFFICER

ifpform.hab (rev. 7/02)                                   MAY 29 2008

```
REPORT ID: TS3030   .701                                    REPORT DATE: 05/29/08
                                                            PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                      CALIFORNIA STATE PRISON SOLANO
                      INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: NOV. 29, 2007 THRU MAY  29, 2008

ACCOUNT NUMBER : V88805              BED/CELL NUMBER: S102T1000000146U
ACCOUNT NAME   : STAFFORD, JOSEPH ANTHONY    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE   DESCRIPTION   COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----   ----   -----------   -------    ---------  --------   -----------   -------

11/29/2007    BEGINNING BALANCE                                              58.11

12/10  W474  DONATION-VICT  2075COSTCO                          45.50        12.61
12/17 *DD30  CASH DEPOSIT   8690-2172              45.00                     57.61
       ACTIVITY FOR 2008
01/08  FC01  DRAW-FAC 1     2452-1ST                            57.61         0.00
02/04  FR01  CANTEEN RETUR  702789                               4.96-        4.96
03/10 *DD30  CASH DEPOSIT   9103-3267              45.00                     49.96
04/08 *W389  DONATION - YO  3719COSTCO                          39.25        10.71
04/23 *DD30  CASH DEPOSIT   9367-3862              45.00                     55.71
05/07 *FC01  DRAW-FAC 1     4085-1ST                            55.71         0.00


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/22/05                  CASE NUMBER: H38017
COUNTY CODE: ALA                          FINE AMOUNT: $   3,400.00

    DATE       TRANS.   DESCRIPTION              TRANS. AMT.    BALANCE
    ----       ------   -----------              -----------    -------

11/29/2007    BEGINNING BALANCE                                 1,755.00

12/17/07      DR30     REST DED-CASH DEPOSIT       50.00-       1,705.00
03/10/08      DR30     REST DED-CASH DEPOSIT       50.00-       1,655.00
04/23/08      DR30     REST DED-CASH DEPOSIT       50.00-       1,605.00

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                           TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL        TOTAL       CURRENT       HOLDS       TRANSACTIONS
    BALANCE      DEPOSITS    WITHDRAWALS   BALANCE      BALANCE      TO BE POSTED
   ---------    ---------   -----------   --------     --------    --------------

      58.11       135.00       193.11        0.00         0.00            0.00

                                                               CURRENT
                                                              AVAILABLE
                                                               BALANCE
                                                             ----------
                                                                 0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY *Teresa Ayers* 
TRUST OFFICE
5/29/08