UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**JOSEPH ANTHONY STAFFORD,**
Plaintiff(s)/Petitioner(s),

vs.

**D. K. SISTO,**
Defendant(s)/Respondents(s).

Case No. 2:08–CV–01417–CMK

ORDER RE CONSENT
OR REQUEST FOR REASSIGNMENT

FILED
JUL 01 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

  This case was randomly assigned to Magistrate Judge Craig M. Kellison. Without the written consent of the parties presently appearing pursuant to 28 U.S.C Sec. 636(c), a magistrate judge cannot conduct all proceedings and enter judgment in this case with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed. If a party declines to consent and the case is assigned to a district judge, the assigned magistrate judge shall continue to perform all duties as required by Eastern District Local Rule 72–302.

  Accordingly, within 30 days, the parties shall complete and return this form to the court.

IT IS SO ORDERED.

Dated: _____6/23/08_____        /s/ – Craig M. Kellison
                  United States Magistrate Judge

---

**IMPORTANT**: You must check and sign only one section of this form and return it to the Clerk's Office within 30 days. The complaint/petition will not be reviewed by the court until plaintiff/petitioner has signed and returned this form. Note: This form must be completed and returned regardless of the choice exercised by any other party.

---

[X] **CONSENT** TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

The undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case.

Date: 6-28-08        Signature: [signed]
              Print Name: Joseph Stafford
              [X] Plaintiff/Petitioner ( ) Defendant/Respondent ( ) Counsel for *

---

  **DECLINE** OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE AND
  REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE

The undersigned declines to consent to the United States Magistrate Judge assigned to this case and requests random assignment to a United States District Judge.

Date: _____        Signature: _____
              Print Name: _____
              ( ) Plaintiff/Petitioner ( ) Defendant/Respondent ( ) Counsel for *

---

*If counsel of record, list name of each party responding: _____

PROOF OF SERVICE BY MAIL

    I, Joseph Anthony Stafford, the petitioner in this habeas corpus action, Case #2:08-CV-01417-CMK, did place a true copy of each of the following documents in the U.S. Mail receptacle at 2100 Peabody Rd., CSP-Solano, Vacaville, Calif., 95696-4000 on June 28, 2008:

COVER LETTER TO THE CLERK;

CONSENT TO JURISDICTION OF MAGISTRATE JUDGE;

PROOF OF SERVICE BY MAIL.

Addressed to the court:

Court Clerk
United States District Court
Eastern District of Calif.
501 "I" St., Suite 4-200
Sacramento, CA 95814

    I, Joseph Anthony Stafford, the petitioner do swear under the penalty of perjury that the above is true and correct to the best of my knowledge. Sworn this June 28, 2008.

                                             Joseph Anthony Stafford in pro se

CC: JAS