1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  JOSEPH ANTHONY STAFFORD,
12          Petitioner,                    No. CIV S-08-1417 CMK P
13      vs.
14  D.K. SISTO, et al.,
15          Respondents.                   ORDER
16  _____/
17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
18  habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma
19  pauperis.
20          The application attacks a conviction issued by the Superior Court of the State of
21  California in the County of Alameda. While both this Court and the United States District Court
22  in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial
23  Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the
24  resolution of petitioner's application are more readily available in Alameda County. Id. at 499
25  n.15; 28 U.S.C. § 2241(d).
26  /////

1

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

2     1. This court has not ruled on petitioner's application to proceed in forma

3  pauperis; and

4     2. This matter is transferred to the United States District Court for the Northern

5  District of California.

7  DATED: July 17, 2008

                                                               */s/ Craig M. Kellison*
                                                        **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE