CLOSED, HABEAS, N

# U.S. District Court
# Eastern District of California – Live System (Sacramento)
# CIVIL DOCKET FOR CASE #: 2:08–cv–01417–CMK

(HC) Stafford v. Sisto et al  
Assigned to: Magistrate Judge Craig M. Kellison  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/20/2008  
Date Terminated: 07/18/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Joseph Anthony Stafford**  represented by  **Joseph Anthony Stafford**  
V–88805  
CALIFORNIA STATE PRISON, SOLANO (SOL–1)  
P.O. BOX 4000  
VACAVILLE, CA 95696–4000  
PRO SE

V.

**Respondent**

**D. K. Sisto**

**Respondent**

**Attorney General for State of California**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2008 | 1 | PETITION for WRIT of HABEAS CORPUS by Joseph Anthony Stafford.(Kaminski, H) (Entered: 06/23/2008) |
| 06/20/2008 | 2 | APPLICATION to proceed IFP by Joseph Anthony Stafford. (Kaminski, H) (Entered: 06/23/2008) |
| 06/23/2008 | 3 | PRISONER NEW CASE DOCUMENTS ISSUED, Consent Deadline set for 7/28/2008 (Attachments: # 1 Consent Forms) (Kaminski, H) (Entered: 06/23/2008) |
| 06/23/2008 |  | SERVICE BY MAIL: 3 Prisoner New Case Documents for Magistrate Judge as Presider served on Joseph Anthony Stafford. (Kaminski, H) (Entered: 06/23/2008) |
| 07/01/2008 | 4 | CONSENT to JURISDICTION by US MAGISTRATE JUDGE by Joseph Anthony Stafford. (Manzer, C) (Entered: 07/02/2008) |
| 07/18/2008 | 5 | ORDER signed by Magistrate Judge Craig M. Kellison on 7/17/08 CASE TRANSFERRED to District of the Northern District of California. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (Anderson, J) (Entered: 07/18/2008) |
| 07/18/2008 |  | SERVICE BY MAIL: 5 Order, Case Transferred Out to Another District served on Joseph Anthony Stafford. (Anderson, J) (Entered: 07/18/2008) |