IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY STAFFORD, | No. C 08-3549 WHA (PR) |
| Petitioner, | **ORDER AMENDING CAPTION** |
| v. | |
| D. K. DISTO, Warden, | |
| Respondent. | |

The caption on the order entered August 21, 2008, is hereby amended to substitute "Dismissal with Leave to Amend" for "Order to Show Cause."

**IT IS SO ORDERED.**

Dated: August  22  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\STAFFORD3549.AMEND.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY STAFFORD,<br><br>          Plaintiff,<br><br>   v.<br><br>D.K. SISTO,<br><br>          Defendant.<br>_____/ | Case Number: CV08-03549 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Joseph Anthony Stafford
V-88805
CALIFORNIA STATE PRISON, SOLANO (SOL-1)
P.O. BOX 4000
VACAVILLE, CA 95696-4000

Dated: August 25, 2008

                                            Richard W. Wieking, Clerk
                                            By: D. Toland, Deputy Clerk