UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY STAFFORD,<br><br>        Plaintiff,<br><br>  v.<br><br>D.K. SISTO et al,<br><br>        Defendant. | Case Number: CV08-03549 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Anthony Stafford
V-88805
California State Prison, Solano (SOL-1)
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: February 2, 2010

                                              Richard W. Wieking, Clerk
                                              By: D. Toland, Deputy Clerk