IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY STAFFORD, | No. C 08-3549 WHA (PR) |
| Petitioner, | **ORDER DENYING LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS** |
| v. | |
| D. K. DISTO, Warden, | |
| Respondent. | **(Docket No. 27)** |

This is a habeas corpus case filed by a state prisoner pursuant to 28 U.S.C. 2254. The petition was denied on its merits and a certificate of appealability was denied in the same order. Petitioner has filed a motion for leave to proceed on appeal in forma pauperis. Leave to appeal in forma pauperis was already denied by the United States Court of Appeals for the Ninth Circuit, and consequently his current request for leave to proceed on appeal in forma pauperis is **DENIED**. *See* 28 U.S.C. § 1915(a)(3). Petitioner's challenges to the dismissal of his appeal as untimely should be raised in the Ninth Circuit, which dismissed the appeal.

**IT IS SO ORDERED.**

Dated: May  19 , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\STAFFORD3549.AFP.wpd